UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-316-MWF(MAAx)** Date: September 10, 2026

Title ***Dejoan Bledsoe v. Sean Combs, et al.***

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Notice of Removal was filed on January 12, 2026. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2), the time to respond to the Complaint expired on January 19, 2026. A First Amended Complaint ("FAC") was filed on March 6, 2026. (Docket No. 19).

The Court **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 24, 2026**.

BY DEFENDANTS: Responses to FAC by Defendants.

***OR***

BY PLAINTIFF: Plaintiff shall file Applications to Clerk to Enter Default as to any Defendant who has been served with and has not filed a response to the FAC.

Alternatively, the parties may file a Joint Status Report setting forth the status of the case, and any proposed dates, by September 24, 2026.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **CV 26-316-MWF(MAAx)** Date: September 10, 2026

Title ***Dejoan Bledsoe v. Sean Combs, et al.***

submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause by **SEPTEMBER 24, 2026,** will result in the dismissal of this action.

IT IS SO ORDERED.