**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEJOAN BLEDSOE,<br>Plaintiff,<br>v.<br>SEAN COMBS, et al.,<br>Defendants. | Case No. CV 26-316-MWF(MAAx)<br><br>ORDER GRANTING JOINT STIPULATION REGARDING AMENDED COMPLAINT; ORDER DISCHARGING ORDER TO SHOW CAUSE |

The Court has considered the parties' Joint Stipulation Regarding Amended Complaint and Response to Order to Show Cause (the "Stipulation"). (Docket No. 24). Counsel are reminded that compliance with the Local Rules and this Court's procedures is mandatory. The Court did not receive the required word-processing version of the proposed Order. *See* https://www.cacd.uscourts.gov/e-filing/proposed-documents and https://apps.cacd.uscourts.gov/Jps/honorable-michael-w-fitzgerald. Future filings that do not comply with these requirements may be stricken.

For good cause shown, the Court GRANTS the Stipulation and ORDERS as follows:

1. The Order to Show Cause (Docket No. 22) is DISCHARGED.
2. Plaintiff shall electronically file a Second Amended Complaint ("SAC") no later than **October 2, 2026**.

3. Defendants' response to the SAC shall be filed no later than **December 7, 2026**.
4. The parties' rights, claims, defenses, and arguments are otherwise reserved.

IT IS SO ORDERED.

Dated: September 25, 2026

MICHAEL W. FITZGERALD
United States District Judge